|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 15 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AMY MANCINI, on behalf of herself and all others similarly situated,

        Plaintiff-Appellee,

 v.

WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, an Ohio corporation; et al.,

        Defendants-Appellants,

 and

DOES, 1 through 20 inclusive,

        Defendant.

No. 17-56420

D.C. No. 3:16-cv-02830-LAB-WVG
Southern District of California,
San Diego

ORDER

    The appellants' motion (Docket Entry No. 26) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

                              By: Terri Haugen
                              Deputy Clerk
                              Ninth Circuit Rule 27-7

tah/11.12.18/Pro Mo